

# Fourth Court of Appeals
## San Antonio, Texas

December 23, 2014

No. 04-14-00634-CR

Steven **VELASCO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR4702
Honorable Philip A. Kazen, Jr., Judge Presiding

### ORDER

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on December 23, 2014.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of December, 2014.

_____
Keith E. Hottle, Clerk